UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:11-MJ-1759-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| **Edward O. Kelley** | ) | |

On May 8, 2012, Edward O. Kelley appeared before the Honorable William A. Webb, U.S. Magistrate Judge in the Eastern District of North Carolina, and pled guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138-1, Driving While Impaired - Level 3. He was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on May 30, 2013, the court finds as a fact that Edward O. Kelley, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.
2. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 3 months.

**IT IS FURTHER ORDERED** that the defendant be allowed to voluntarily report to the designated institution upon notification of the U.S. Marshal, no sooner than June 7, 2013.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 30th day of May, 2013.

_____
James E. Gates
United States Magistrate Judge